U.S. District Court Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>APPROXIMATELY 1,784,000 CONTRABAND CIGARETTES OF ASSORTED BRANDS SEIZED FROM THE INDIAN COUNTRY SMOKE SHOP MAIN STORE; APPROXIMATELY 707,800 CONTRABAND CIGARETTES OF ASSORTED BRANDS SEIZED FROM THE INDIAN COUNTRY SMOKE SHOP DRIVE-THRU; $583,458.25, MORE OR LESS, IN U.S. CURRENCY, SEIZED FROM THE INDIAN COUNTRY SMOKE SHOP MAIN STORE, AND THE PROCEEDS THEREFROM; $152,412.00, MORE OR LESS, IN U.S. CURRENCY, SEIZED FROM A WHITE 2007 CHEVROLET BOX VAN, WA LICENSE #B42758E, AND THE PROCEEDS THEREFROM; A WHITE 2007 CHEVROLET BOX VAN, WA LICENSE #B42758E, VIN 1GBJG31U371145187, REGISTERED TO ED A. COMENOUT (DECEASED); A WHITE 2008 CHEVROLET SILVERADO PICKUP, WA LICENSE #B43062E, VIN | No. 3:12-cv-5992-BHS<br><br>**ORDER TO AMEND VERIFIED COMPLAINT FOR FORFEITURE *IN REM* AND WARRANT OF ARREST *IN REM*** |

Order to Amend Verified Complaint for Forfeiture & Warrant of Arrest                1
*U.S. v. Approximately 1,784,000 Contraband Cigarettes, et al.*
Case No. 3:12-cv-5992-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1GCHK24K28E109739, REGISTERED TO ROBERT R. COMENOUT, SR.;

A BLACK 2008 CHEVROLET TAHOE 4D, WA LICENSE #163XLH, VIN 1GNFC13J78J182479, REGISTERED TO ROBERT COMENOUT;

A WHITE 2012 MERCEDES-BENZ SPRINTER VAN, IDAHO LICENSE #K499663, VIN WD3PF4CC2C5631912, REGISTERED TO NICHOLAS PATRICK MATHESON/JESS'S WHOLESALE;

A WHITE 2004 KIA SEDONA SUV, WA LICENSE #AFL6317, VIN KNDUP131446600871, REGISTERED TO SANDY V. SET;

A RED 2006 DODGE RAM 1500 PICKUP, WA LICENSE #A65407Y, VIN 1D7HA18256S529667, REGISTERED TO DENNIS HARRIS, JR.;

A WHITE 2003 HUMMER H2, WA LICENSE #AHP0601, VIN 5GRGN23UX3H147134, REGISTERED TO DENNIS HARRIS, JR.;

A GRAY 2009 CADILLAC CTS-V, WA LICENSE #AIZ7783, VIN 1G6DN57P290148380, REGISTERED TO DENNIS HARRIS, JR. AND DAWN N. HOWE;

A RED 2008 FORD F150, WA LICENSE #B31983H, VIN 1FTPW14V78FB83785, REGISTERED TO SOPHIA COMENOUT;

$26,500.00, MORE OR LESS, SEIZED FROM BANK OF AMERICA ACCOUNT #****5210, HELD IN THE NAME OF ROBERT R. COMENOUT, SR., AND THE PROCEEDS THEREFROM; and,

$359,197.59, MORE OR LESS, SEIZED FROM BANK OF AMERICA ACCOUNT #****2407, HELD IN THE NAME OF EDWARD A. COMENOUT, D/B/A INDIAN COUNTRY STORE, AND THE PROCEEDS THEREFROM;

                        Defendants.

Order to Amend Verified Complaint for Forfeiture & Warrant of Arrest
*U.S. v. Approximately 1,784,000 Contraband Cigarettes, et al.*
Case No. 3:12-cv-5992-BHS

2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  THIS MATTER having come on by Motion of the United States, by and through
2  Jenny A. Durkan, United States Attorney for the Western District of Washington, and
3  Richard Cohen and J. Tate London, Assistant United States Attorneys for said district, to file
4  an Amended Verified Complaint for Forfeiture *In Rem* and Amended Warrant of Arrest *In*
5  *Rem*, it is hereby

   ORDERED that the Amended Verified Complaint for Forfeiture *In Rem* and
7  Amended Warrant of Arrest *In Rem* be filed.

   DATED this ___ day of __March__, 2013.

                                         _____
                                         BENJAMIN H. SETTLE
                                         United States District Court Judge

Presented by:

s/Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-2242
(206) 553-6934 (fax)
Richard.E.Cohen@usdoj.gov (email)

s/J. Tate London
J. TATE LONDON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-2242
(206) 553-6934 (fax)
Tate.London@usdoj.gov (email)

Order to Amend Verified Complaint for Forfeiture & Warrant of Arrest       3
*U.S. v. Approximately 1,784,000 Contraband Cigarettes, et al.*
Case No. 3:12-cv-5992-BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970